UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET GOETZEE NAGLE, ET AL., | * | CIVIL ACTION |
| Plaintiffs | * | |
| VERSUS | * | NUMBER: 12-1910 |
| | * | |
| SHERIFF MARLIN GUSMAN, ET AL., | * | SECTION: "R" |
| Defendants | * | |
| | * | JUDGE: Sarah S. Vance |
| | * | |
| | * | MAG. 2: Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO PERMIT RECOVERY FOR LOSS OF LIFE DAMAGES

NOW COME the Plaintiffs, Margaret Goetzee Nagle and John Eric Goetzee, through undersigned counsel, who move to permit the recovery for loss of life damages in the above-captioned matter for the reasons described in the accompanying memorandum.

WHEREFORE, it is respectfully requested that this Motion be granted.

Dated: January 19, 2016

Respectfully submitted,

/s/ Emma Freudenberger
Barry Scheck, NY Bar No. 1634765
Nancy Gertner, MA Bar No. 190140
Emma Freudenberger, NY Bar No. 4538070
Danielle Hamilton, NY Bar No. 5352653
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

        /s/ Mary E. Howell
Mary E. Howell, LSBA #07030
Attorney at Law
316 S. Dorgenois Street
New Orleans, LA 70119
(504) 822-4455

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of *Plaintiffs' Motion to Permit Recovery for Loss of Life Damages* was served via ECF and U.S. mail on January 19, 2016 on all parties of record:

Sheriff Marlin N. Gusman, Dr. Samuel Gore, Dr. Charles Higgins, Dr. Jose Ham, Mary Anne Benitez, Darryle Jackson, LPN Wallace, S. Pembo, S. Batiste, David Schaible, E. Bargky, C. Johnson, Warden Carlos Louque, Sgt. Nicole Harris, Sgt. Everett Marshall, Deputy Michael Williams, and Deputy Shelia Crader

*through their attorneys of record*

Blake J. Arcuri
Usry, Weeks and Matthews
1615 Poydras Street, Suite 1250
New Orleans, LA 70112
(504) 592-4600
barcuri@uwmlaw.com

James M. Williams
Inemesit U. O'Boyle
Chehardy, Sherman, Williams, Murray, Recile, Griffith, Stakelum, & Hayes, LLP
One Galleria Blvd., Suite 1100
Metairie, LA 70001
(504) 833-5600
jmw@chehardy.com
iuo@chehardy.com

*Counsel for Sheriff Marlin N. Gusman, Dr. Jose Ham, Mary Anne Benitez, Darryle Jackson, PLN Wallace, S. Pembo, S. Batiste, David Schaible, E. Bargky, C. Johnson, Warden Carlos Louque, Sgt. Nicole Harris, Sgt. Everett Marshall, Deputy Michael Williams, and Deputy Shelia Crader*

Dow. M. Edwards
Joshua W. Christie
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 310-2205
dedwards@irwinllc.com
jchristie@irwinllc.com
*Counsel for Dr. Samuel Gore*

Darrel J. Papillion
Renee Chabert Christo
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Building One
Baton Rouge, LA 70810
(225) 250-1879
papillion@lawbr.net
crasto@lawbr.net
*Counsel for Dr. Charles Higgins*

And by U.S. Mail on the following party:

William Thompson
3020 Rue Parc Fontaine
Apt 1131
New Orleans, LA 70131


/s/ Emma Freudenberger
*One of Plaintiffs' Attorneys*