UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARGARET GOETZEE NAGLE and                    CIVIL ACTION
JOHN ERIC GOETZEE

VERSUS                                        NO. 12-1910

SHERIFF MARLIN GUSMAN, ET AL.                 SECTION "R" (2)

## ORDER AND REASONS

Defendant Sheriff Marlin Gusman moves the Court to exclude Dr. Jeffrey Schwartz's expert testimony as to him and other employees of the Orleans Parish Sheriff's Office.[1]   Sheriff Gusman contends that at Dr. Schwartz's deposition, taken on January 14, 2016, counsel for his co-defendants monopolized the time available to depose Dr. Schwartz, leaving only thirty minutes for Sheriff Gusman's counsel to ask questions.  According to Sheriff Gusman, plaintiffs' counsel refused to allow more time for Dr. Schwartz's deposition and therefore greatly prejudiced the sheriff and sheriff's office employees.

By this motion, Sheriff Gusman is raising this issue, which occurred nearly two months ago, with the Court days before this matter is scheduled for trial.  Notably, Sheriff Gusman did not move for additional time to depose

---

[1]      R. Doc. 308.

Dr. Schwartz under Federal Rule of Civil Procedure 30(d)(1).  Accordingly,

Sheriff Gusman's eleventh-hour motion to exclude Dr. Schwartz's testimony

as it relates to him and other sheriff's office employees is DENIED.


New Orleans, Louisiana, this _1st_ day of March, 2016.


_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE