UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARGARET GOETZEE NAGLE ET AL.                CIVIL ACTION

VERSUS                                        NO. 12-1910

MARLIN N. GUSMAN ET AL.                       SECTION "R"(2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of defendant Darryle Jackson and/or his counsel either to pay the subject discovery sanction or to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that the recommended judgment concerning discovery sanctions will be separately entered.

New Orleans, Louisiana, this __4th__ day of __August__, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE